# USDC SCAN INDEX SHEET

















```
GAC    8/2/06    15:21
3:05-CV-01741    ARABIAN V. SONY ELECTRONICS INC
*43*
*M.*
```

ORIGINAL

| | |
|---|---|
| 1 | HULETT HARPER STEWART LLP |
| 2 | BLAKE MUIR HARPER, SBN: 115756<br>JENNIFER A. KAGAN, SBN: 234554 |
| 3 | 550 West C Street, Suite 1600<br>San Diego, CA 92101 |
| 4 | Telephone: (619) 338-1133 |
| | Facsimile: (619) 338-1139 |
| 5 | |
| 6 | WOLF POPPER LLP<br>LESTER L. LEVY |
| 7 | PATRICIA I. AVERY |
| 8 | EMILY MADOFF<br>ELIZABETH FERGUSON |
| 9 | 845 Third Avenue<br>New York, NY 10022 |
| 10 | Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093 |
| 11 | |
| | Attorneys for Plaintiffs |

FILED
06 JUL 31 PM 4:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ARABIAN, MARTIN SAUER, EKREM SARAC, STEVE VARADI, and DAVID JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CASE NO. 05 CV 1741 WQH(NLS)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF ACTION AS A CLASS ACTION**<br><br>DATE: December 11, 2006<br>TIME: 11:00 a.m.<br>CTRM: 4<br>JUDGE: Honorable William Q. Hayes |

43

1  TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on December 11, 2006, at 11:00 a.m., or as soon thereafter as the matter can be heard in Courtroom 4 of the United States District Court, Southern District of California, located at 920 Front Street, San Diego, California 92101-8900, 619-557-5600, Plaintiffs Ekrem Sarac and David Johnson will move the Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an order certifying this action to proceed as a class action on behalf of all persons in the United States and Canada who purchased Sony Electronics Inc.'s ("Defendant" or "Sony") Vaio, FX series laptop notebook computers. In particular, Plaintiffs move this Court to certify the following Class and SubClass (collectively, the "Classes"):

> **Class:** All persons or entities in the United States and Canada, who purchased FX series of Laptops. Excluded from the Class are Defendant, its affiliates, employees, officers and directors, persons or entities which distribute or sell the Laptops, the Court, and the legal representatives, heirs, successors or assigns of any such excluded party.
>
> **Sub-Class:** All Class members who purchased the FX series of Laptops in the State of California. Excluded from the Sub-Class are Defendant, its affiliates, employees, officers and directors, persons or entities which distribute or sell the Laptops, the Court, and the legal representatives, heirs, successors or assigns of any such excluded party.

Plaintiffs further request that this Court certify Plaintiffs as the class representatives, particular, Plaintiff Johnson as representative of both the Class and Sub-Class and Plaintiff Sarac as representative of the Class, and their counsel as Class Counsel. In support of this Motion, and as more fully set forth in the supporting Memorandum of Points and Authorities, Plaintiffs state as follows:

1. The Classes are so numerous that joinder of all members is impracticable.

2. There are questions of law and fact common to the Classes that predominate over any questions solely affecting individual members of the Classes.

3. Plaintiffs' claims are typical of the claims of the members of the Classes.

4. Plaintiffs will fairly and adequately protect the interests of the members of the Classes and have retained counsel competent and experienced in class actions and consumer

1

05 CV 1741 WQH(NLS)

1 | litigation. Neither Plaintiff has an interest antagonistic to or in conflict with the members of the
2 | Classes.

3 |     5.    Common questions of law and fact predominate in this case over individual issues.

4 |     6.    This class action is superior to other available methods for the fair and efficient
5 | adjudication of this controversy.

6 | This motion is based on Plaintiffs' Memorandum of Points and Authorities in Support of
7 | Motion for Certification of the Action as a Class Action, the Declaration of E. Elizabeth Ferguson
8 | In Support of Plaintiffs' Motion for Certification of the Action as a Class Action, the Declaration
9 | of Patricia I. Avery In Support of Plaintiffs' Motion for Certification of the Action as a Class
10 | Action, the pleading and papers on file with the Court, and upon any other such matters as may be
11 | presented to the Court at the time of the hearing.

12 | DATED: July 31, 2006

HULETT HARPER STEWART LLP
BLAKE MUIR HARPER
JENNIFER A. KAGAN
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone:   (619) 338-1133
Facsimile:     (619) 338-1139

WOLF POPPER LLP
LESTER L. LEVY
PATRICIA I. AVERY
EMILY MADOFF
ELIZABETH FERGUSON

/s/ Patricia Avery
PATRICIA I. AVERY

845 Third Avenue
New York, NY 10022
Telephone:   (212) 759-4600
Facsimile:     (212) 486-2093

Attorneys for Plaintiffs

ORIGINAL

1  HULETT HARPER STEWART LLP
   BLAKE MUIR HARPER, SBN: 115756
2  JENNIFER A. KAGAN, SBN: 234554
3  550 West C Street, Suite 1600
   San Diego, CA 92101
4  Telephone:    (619) 338-1133
   Facsimile:    (619) 338-1139
5
   WOLF POPPER LLP
6  LESTER L. LEVY
7  PATRICIA I. AVERY
   EMILY MADOFF
8  ELIZABETH FERGUSON
   845 Third Avenue
9  New York, NY 10022
   Telephone:    (212) 759-4600
10 Facsimile:    (212) 486-2093
11
   Attorneys for Plaintiffs
12

### IN THE UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ARABIAN, MARTIN SAUER, EKREM SARAC, STEVE VARADI, and DAVID JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CASE NO. 05 CV 1741 WQH(NLS)<br><br>CLASS ACTION<br><br>**CERTIFICATE OF SERVICE**<br><br>DATE:   December 11, 2006<br>TIME:   11:00 a.m.<br>CTRM:   1118<br>JUDGE:  Honorable Nita L. Stormes |

I, Lauren A. Messina, certify that I am over the age of 18 years, am not a party to this action, and that on July 31 2006 caused copies of the follow documents to be served via Federal Express upon counsel of record, Luanne Sacks and Emily Maxwell, DLA Piper Rudnick Gray Cary LLP, 153 Townsend Street, Suite 800, San Francisco, California 94107-1957; Noah Katsell, 401 B Street, Suite 1700, San Diego, California 92101-4297:



1
2
3   (a) DECLARATION OF E. ELIZABETH FERGUSON IN SUPPORT OF PLAINTIFFS'
4   MOTION FOR CERTIFICATION OF THE ACTION AS A CLASS ACTION

5   (b) DECLARATION OF PATRICIA I. AVERY IN SUPPORT OF PLAINTIFFS'
    MOTION FOR CERTIFICATION OF THE ACTION AS A CLASS ACTION
6
7   (c) PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
    MOTION FOR CERTIFICATION OF THE ACTION AS A CLASS ACTION

8   (d) APPENDIX OF NON-FEDERAL CASES IN SUPPORT OF PLAINTIFFS' MOTION
    FOR CERTIFICATION OF THE ACTION AS A CLASS ACTION
9
10  (e) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CERTIFICATION
    OF THE ACTION AS A CLASS ACTION
11
12  (f) PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CERTIFICATION OF
    ACTION AS A CLASS ACTION
13
        I declare under penalty of perjury under the laws of the State of California that the
14
15  foregoing is true and correct. Dated July 31, 2006, at New York, New York.

16
17                                                      /s/ Lauren A. Messina
                                                        Lauren A. Messina
18
19
20
21
22
23
24
25
26
27
28
                                        -2-
                                                                    05 CV 1741 WQH(NLS)