FILED
2009 DEC 18 PM 2:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ARABIAN, MARTIN SAUER, EKREM SARAC, STEVE VARADI and DAVID JOHNSON, On Behalf of Themselves Individually and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SONY ELECTRONICS INC.,<br><br>　　　　Defendant. | CV NO. 05-CV-1741 WQH (NLS)<br><br>**ORDER**<br><br>Courtroom: 4<br>Judge: 　Honorable William Q. Hayes |

HAYES, Judge:

The matter before the Court is the Stipulation of Voluntary Dismissal filed by Defendant Sony Electronics Inc. ("Sony") and Plaintiffs Theodore Arabian, Martin Sauer, Ekrem Sarac, David Johnson, and Steve Varadi (collectively "Plaintiffs").[1] Pursuant to the terms of the Stipulation, the parties request that the Court dismiss the entire action with prejudice.

Rule 23(e) of the Federal Rules of Civil Procedure does not require court approval of a settlement, compromise or voluntary dismissal except with regard to a "certified class." Fed. R. Civ. P. 23(e). Further, notice of a settlement or dismissal is only required to be given to "class members who would be bound by the proposal." Fed. R. Civ. P. 23(e). In this case, there is no certified class and the Parties do not seek to bind absent class members through their settlement. Thus, the dismissal does not require court approval and the case may properly be dismissed without notice to the putative class.

Based on the stipulation of the Parties and the matters noted above, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. The entire action is dismissed with prejudice;
2. The parties shall bear their own respective attorneys' fees and costs in the action; and
3. The Court retains jurisdiction to enforce or interpret the terms of the settlement between the parties.

IT IS SO ORDERED.

DATED: 12/17, 2009.

THE HONORABLE WILLIAM Q. HAYES
United States District Court Judge

---

[1] The Court previously dismissed the individual claims of Plaintiff David Johnson. (Doc. #105.)

-1-

ORDER
CV NO. 05-CV-1741 WQH (NLS))